# United States District Court

DISTRICT OF

RHODE ISLAND

JOHN SOUZA

V.

TALLMAN & MACK, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 06 400 S

TO: (Name and address of defendant)

Richard S. Humphrey, Esq., Agent for service for Tallman & Mack, Inc.
3852 Main Road
Tiverton, RI 02878

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DENNIS S. BALUCH, ESQ.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Clerk

CLERK

9-7-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE Sept. 11, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE Agent |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: is Agent Richard C Hemy 3852 Main Road Tiverton RI 02878

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other *(specify)*: ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ________ *Date* ________ *Signature of Server*

________ *Address of Server*

CA 06 400

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure