UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SOUZA, Plaintiff | ) | |
| VS. | ) | C.A. No.: 06-400 S |
| TALLMAN & MACK, INC. Defendant | ) | |

LATE ENTRY STIPULATION

By agreement and consent of the parties, the defendant, Tallman & Mack, Inc. may have up to and including October 31, 2006 in which to answer and otherwise respond to Plaintiff's complaint.

Plaintiff
John Souza
By His Attorney

Defendant
Tallman & Mack, Inc.
By Its Attorney

Dennis S. Baluch, Esq. #6876
155 South Main Street, #101
Providence, RI 02903
(401) 331-1434