UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SOUSA, | ) | |
| | ) | |
| | ) | |
| VS. | ) | C.A. NO.: 06-400S |
| | ) | |
| TALLMAN & MACK, INC. | ) | |

**PLAINTIFF'S RULE 16 CONFERENCE STATEMENT**

Now comes the plaintiff thru his counsel and represents to the Court that the following actions have been taken in this case in order to comply with local Rule 16(b) and 16(c).

I. Plaintiff has already forwarded to defendant's attorney copies of all medical records and photographs in support of his claim.

II. Plaintiff has claimed that the captain of the F/V MARIA MENDONSA negligently operated his vessel so that the plaintiff was seriously injured. Defendant has contended that it was the plaintiff's own negligence that caused him to be injured.

III. The only legal issues to be decided in this case is whether or not the defendant was negligent and whether his injuries were causally connected to the incident of April 21, 2004. Also, the warranty of sea worthiness of the F/V MARIA MENDONSA and possibly a cause of action for maintenance and cure are other potential legal issues.

IV. Plaintiff has already propounded interrogatories to the defendant and a request for production of documents. It is expected that there will be several depositions taken of the various crew members on the F/V MARIA MENDONSA, on the date of the incident.

V. There have previously been settlement negotiations between the parties but they were unsuccessful. Plaintiff would like to continue discussing the possibility of settlement.

VI. Plaintiff is agreeable to either having this matter referred to a Magistrate Judge for a settlement conference or for mediation, under the supervision of the ADR program.

The following will serve as plaintiff's statement of claim.

On April 21, 2004, John Souza was working on the F/V MARIA MENDONSA which was fishing in the waters off of Tiverton, Rhode Island for the purpose of catching scup. Normally, George Mendonsa would have been the captain of the boat, but on April 21, 2004 he was sick. Plaintiff's role during the laying of the fishing nets, which had a length of approximately fifteen hundred (1500) feet, was to coordinate the other eight (8) or nine (9) fishermen and setting the leaders. In the process of setting the leaders, there is a run line that is laid across the stern of the boat. On April 21, 2004, Allan Wheeler was captaining the boat and from all indications, this was the first time he had ever been engaged as a captain while the helpers were positioning the leaders. Upon information and belief, Mr. Wheeler apparently tried to get the boat in close proximity to a skiff and turned the wheel too soon, causing the run line to jump and catch Mr. Souza around his abdomen, pulling him across the boat so that his back struck a boat railing and he was then catapulted into the ocean.

Since Mr. Souza doesn't swim and since he was wearing only hip waders, it was a miracle that he didn't drown. Nevertheless, as a result of striking the side railing of the boat, Mr. Souza sustained a 50% compression fracture of his vertebral body at L-2, which constitutes a 13% permanent impairment of the whole person.

Plaintiff has continuing and permanent pain and suffering and his disability is such that he is no longer able to go to sea. Although he still works for the defendant corporation, plaintiff is restricted to light duty (e.g. repairing nets). He is unable to life any weights in excess of twenty-five (25) pounds. He is also limited in any recreational activities including gardening. Mr. Souza has a 13.9 year life expectancy and a 3.6 year work expectancy.

Plaintiff demand is $175,000 to settle this case.

Plaintiff,
John Souza,
By his Attorney,

/s/ Dennis S. Baluch

Dennis S. Baluch, Esq. (#0947)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

## CERTIFICATION

I, Dennis S. Baluch, hereby certify that this document filed through the ECF system will be sent via first-class mail, postage prepaid, to **Robert E. Collins, Esq.**, One Washington Mall, Suite 1400, Boston, Massachusetts 02108 on this 14th day of November, 2006.

/s/ Dennis S. Baluch