**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-400-S**

**JOHN SOUZA,**
**Plaintiff,**

**VS.**

**TALLMAN & MACK, INC.,**
**Defendant.**

**JOINT MOTION FOR EXTENSION OF DISCOVERY**

Now come the Parties, by their attorneys, and jointly move this Honorable Court for an extension of time to complete discovery and for an extension of all related dates.

This matter involves a personal injury action brought by a member of the crew of the F/V MARIA MENDONSA, owned and operated by defendant, Tallman & Mack, Inc. The parties appeared before this Honorable Court on November 21, 2006.

Both parties have submitted interrogatories and request for production of documents and responses have been received. A Settlement Conference was held before Magistrate Judge Lovegreen on April 18, 2007 without success.

Since the Settlement Conference, the parties have taken the deposition of the plaintiff and the deposition of the defendant’s principal officer and captain of the vessel, Alan Wheeler.

The parties still wish to take the depositions of members of the crew who were witnesses to the incident. These depositions have been delayed because of the schedule of the vessel.

In light of the vacation schedule of counsel and the schedule of the vessel, the parties jointly pray for this Honorable Court to grant an extension of the dates to complete discovery and associated dates as follows:

1. Completion of factual discovery by July 31, 2007.

2. Completion of expert discovery by August 31, 2007.

3. Dispositive Motions and/or Pretrial Memorandum due on or before September 28, 2007.

WHEREFORE, the parties pray this Honorable Court grant an extension of time to complete discovery and the extension of the associated dates as indicated above.

By their attorneys,

ATTORNEY FOR PLAINTIFF

_"/S/Dennis S. Baluch"__
Dennis S. Baluch
Bar No. 0947
BALLUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street
Suite 101
Providence, RI 02903
(401) 331-1434

ATTORNEY FOR DEFENDANT

_"/S/Robert E. Collins"
Robert E. Collins
Bar No. 2951
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: May 25, 2007