**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-400-S**

**JOHN SOUZA,**
**Plaintiff,**

**VS.**

**TALLMAN & MACK, INC.,**
**Defendant.**

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO SUBMIT PRETRIAL MEMORANDUM AND FOR CONTINUATION OF TRIAL**

Now comes the Defendant, by its attorneys, and moves this Honorable Court for an extension of time to submit its Pretrial Memorandum and for a one month continuation of the trial.

This matter involves a personal injury action brought by a member of the crew of the F/V MARIA MENDONSA, owned and operated by defendant, Tallman & Mack, Inc. Plaintiff alleges that he sustained a personal injury on April 21, 2004 while aboard the vessel in navigable waters off Newport, Rhode Island.

The parties have conducted extensive discovery in this matter. The parties appeared before Magistrate Judge Lovegreen on April 18, 2007 for a settlement conference, but were unable to resolve the matter because there is a

disagreement over how the incident occurred. After the settlement conference there were additional depositions taken, but the issue is still not fully resolved. One of the witnesses that Plaintiff identified, Brian Cambra, no longer works for the Defendant and is, upon information and belief, employed as a caddy on the LPGA tour. He has been recently located and arrangements are currently being made to take his deposition.

Additionally, Plaintiff has agreed that the Defendant may have the Plaintiff examined by a physician of its choosing. Also, Plaintiff is still in the process of obtaining the opinions from his liability expert. Once Plaintiff discloses his liability expert’s opinions, Defendant will obtain an expert to counter or refute Plaintiff’s liability expert. Plaintiff’s liability expert has been unavailable and it is anticipated that his report will be received shortly.

Lastly, Magistrate Judge Lovegreen has set a further settlement conference for October 23, 2007. Granting of the continuance will allow the parties to complete the remaining items and conduct meaningful settlement negotiations in an attempt to resolve this matter without the necessity of expending the time and effort to prepare the matter for trial.

In light of the above, the Defendant prays this Honorable Court grant an extension of time to submit the parties' pretrial memorandum until October 31, 2007 and that the matter be placed on the December trial list, subject to Plaintiff's attorney previously scheduled family vacation which concludes on December 3, 2007.

Plaintiff's attorney has assented to this Motion.

**WHEREFORE**, the Defendant prays this Honorable Court grant an extension of time to submit its Pretrial Memorandum, up to and including October 31, 2007 and that the matter be placed on the December trial list.

By their attorneys,

**ATTORNEY FOR PLAINTIFF**

**"/S/Dennis S. Baluch"**
**Dennis S. Baluch**
**Bar No. 0947**
**BALLUCH, GIANFRANCESCO, MATHIEU & ALGER**
155 South Main Street
Suite 101
Providence, RI 02903
(401) 331-1434

**ATTORNEY FOR DEFENDANT**

**"/S/Robert E. Collins"**
**Robert E. Collins**
**Bar No. 2951**
**CLINTON & MUZYKA, P.C.**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: September 27, 2007