**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-400-S**

**JOHN SOUZA,**
**Plaintiff,**

**VS.**

**TALLMAN & MACK, INC.,**
**Defendant.**

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO SUBMIT PRETRIAL MEMORANDA**

Now comes the Defendant, by its attorneys, and moves this Honorable Court for an extension of time to submit its Pretrial Memoranda for one day, up to and including November 1, 2007.

The parties request one addition day for their Pretrial Memoranda.

Plaintiff's attorney has assented to this Motion.

**WHEREFORE**, the Defendant prays this Honorable Court grant an extension for one day to submit its Pretrial Memoranda, up to and including November 1, 2007.

By their attorneys,

**ATTORNEY FOR PLAINTIFF**

**"/S/Dennis S. Baluch"__**
**Dennis S. Baluch**
**Bar No. 0947**
**BALLUCH, GIANFRANCESCO, MATHIEU & ALGER**
155 South Main Street
Suite 101
Providence, RI 02903
(401) 331-1434

**ATTORNEY FOR DEFENDANT**

**"/S/Robert E. Collins"**
**Robert E. Collins**
**Bar No. 2951**
**CLINTON & MUZYKA, P.C.**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: October 31, 2007