**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-400-S**

**JOHN SOUZA,**
**Plaintiff,**

**VS.**

**TALLMAN & MACK, INC.,**
**Defendant.**

**DEFENDANT'S REQUEST FOR VOIR DIRE OF PROSPECTIVE JURORS**

Now comes the defendant, Tallman & Mack, Inc., in the above-captioned matter, by and through its attorneys, Clinton & Muzyka, P.C., and respectfully requests this Honorable Court to inquire of the prospective jurors on voir dire the following questions:

1. Are any jurors, their family members or friends involved in the maritime industry?

2. Are any jurors, their family members or friends, plaintiffs and/or defendants in any present litigation?

3. Do any jurors, their family members or friends testify in legal or administrative proceedings as expert witnesses?

4. Have any jurors, their family members or friends sustained work-related injuries?

5. Have any jurors had any family members or friends suffer disabling injuries in work-related accidents?

6. Have any jurors, their family members or friends sustained back injuries?

7. Do any of the jurors have a physical impairment(s) (hearing, vision or other) that would prevent or affect his or her ability to receive the evidence?

8. Do any of the jurors have preconceived determinations regarding the parties or any issue in this personal injury claim?

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617)723-9165

CERTIFICATE OF SERVICE

Baluch, Gianfrancesco, Mathieu
& Alger
155 South Main Street
Suite 101
Providence, RI 02903
Attn: Dennis S. Baluch, Esquire

I hereby certify that I electronically filed **Defendant's Request for Voir Dire of Prospective Jurors List of Exhibits** on November 1, 2007. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins