**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-400-S**

**JOHN SOUZA,**
**Plaintiff,**

**VS.**

**TALLMAN & MACK, INC.,**
**Defendant.**

## DEFENDANT'S LIST OF EXHIBITS

Now comes the Defendant, Tallman & Mack, Inc., by its attorney, and submits its List of Exhibits to be offered at trial on behalf of the Defendant.

A. Exhibit 1 from the deposition of Plaintiff

B. Exhibit 2 from the deposition of Plaintiff

C. Exhibit 4 from the deposition of Plaintiff

D. Exhibit 5 from the deposition of Plaintiff

E. Exhibit 6 from the deposition of Plaintiff

F. Exhibit 7 from the deposition of Plaintiff

G. Chart of Fish Trap Locations for the State of Rhode Island

H. Exhibit 1 from the deposition of Adam Lotz

I. Exhibit 2 from the deposition of Adam Lotz

J. Statement of Plaintiff taken on April 22, 2004

K. Exhibit 1 from the deposition of Allan Wheeler

L. Exhibit A from the deposition of Joseph Linhares, Jr.

M. Exhibit B from the deposition of Joseph Linhares, Jr.

N. Photographs of the M/V MARIA MENDONSA that have been produced but not used in depositions.

O. Records of Maintenance and Cure and advances payments.

P. Chart of Narragansett Bay

Q. Records of Payment to Plaintiff subsequent to the accident

R. Tax Returns of Plaintiff

S. Certified Weather Records for Newport on April 21, 2004

T. Curriculum Vitae for Dr. Samuel Greenblatt

U. Curriculum Vitae for Captain John A. Wilson III

V. Curriculum Vitae for Stephen Cashione

W. Diagram of fish trap and leader system

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617)723-9165

CERTIFICATE OF SERVICE

Baluch, Gianfrancesco, Mathieu
& Alger
155 South Main Street
Suite 101
Providence, RI 02903
Attn: Dennis S. Baluch, Esquire

I hereby certify that I electronically filed **Defendant's List of Exhibits** on November 1, 2007. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins