**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-400-S**

**JOHN SOUZA,**
**Plaintiff,**

**VS.**

**TALLMAN & MACK, INC.,**
**Defendant.**

## DEFENDANT'S REQUEST FOR SPECIAL JURY QUESTIONS

It is respectfully requested that the Court submit to the jury the following questions:

1.(a) Has the plaintiff proven by a preponderance of the evidence that the defendant was negligent?

Yes__________________ No

(b) If so, has the plaintiff proven by a preponderance of the evidence that defendant's negligence was a proximate cause of the plaintiff's injury?

Yes__________________ No

2.(a) Has the plaintiff proven by a preponderance of the evidence that the F/V MARIA MENDONSA was unseaworthy?

Yes__________________ No

(b) If so, has the plaintiff proven by a preponderance of the evidence that unseaworthiness was the direct and substantial cause of the plaintiff's injury?

Yes__________________ No

If the answers to Questions 1(a) and 2(a) are both "No," proceed no further and report to the Court that you have reached a verdict. If the answers to Questions 1(a) or 2(a) are "Yes" and the answer to Questions 1(b) or 2(b) is "No", proceed no further and report to the Court that you have reached a verdict.

3. Was Mr. Souza contributorily negligent?

Yes__________________ No

4. State in what percentage Mr. Souza's contributory negligence and the defendant's negligence caused or contributed to the injuries alleged.

Mr. Souza's contributory negligence: __________%

Defendant's negligence and/or unseaworthiness:

__________%

100%

5.(a) Has the plaintiff proven by a preponderance of the evidence that the plaintiff sustained damages as a result of the defendant's negligence and/or unseaworthiness of the F/V MARIA MENDONSA?

Yes__________________ No______________

(b) If so, in what amount?

$______________________

6. (a) Has the Plaintiff proven by a preponderance of the evidence that he is entitled to any maintenance and cure benefits?

Yes _______________ No ________________

(b) If so, in what amount?

$________________

7. (a) Do you find the plaintiff entitled to prejudgment interest?

Yes__________________ No

(b) If so, at what percentage (not to exceed 12%).

_____________________%

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617)723-9165

CERTIFICATE OF SERVICE

Baluch, Gianfrancesco, Mathieu
& Alger
155 South Main Street
Suite 101
Providence, RI 02903
Attn: Dennis S. Baluch, Esquire

I hereby certify that I electronically filed **Defendant's Request for Special Jury Questions** on November 1, 2007. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above counsel has been effectuated by electronic means.

"/s/Robert E. Collins"
Robert E. Collins