**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-400-S**

**JOHN SOUZA,**
**Plaintiff,**

**VS.**

**TALLMAN & MACK, INC.,**
**Defendant.**

**STIPULATION OF DISMISSAL**

Now come the parties in the above-entitled action by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees and that no further action or actions to be brought upon the same grounds.

Dated this 17th day November, 2007.

**ATTORNEY FOR PLAINTIFF,**

**"/s/ Dennis S. Baluch"**
**Dennis S. Baluch**
**Bar No. 0947**
**BALUCH, GIANFRANCESCO,**
**MATHIEU & ALGER**
155 South Main Street
Providence, RI 02903
(401) 331-1434

**ATTORNEY FOR DEFENDANT**

**"/s/ Robert E. Collins"**
**Robert E. Collins**
**Bar No. 2951**
**CLINTON & MUZYKA, P.C.**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165